John N. Beekman, Respondent, v. Congress Brewing Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Mary Ann Blanck, Respondent, v. Charles M. Preston, as Receiver of the New York Building-Loan Banking Company, Appellant. — Judgment reversed and new trial granted, costs to abide the final award of costs, upon the authority of *Preston* v. *Reinhart* (109 App. Div. 781). Hirschberg, P. J., Woodward, Jenks and Gaynor, JJ., concurred; Hooker, J., dissented.

Henry Bloomgarden, Appellant, v. Ernest Hoffmann and Alma Hoffmann, Respondents. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Rich, JJ., concurred; Miller, J., dissented.

Charles Bossert, Respondent, v. The City of New York, Appellant. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Gustave W. Brandt, Respondent, v. H. A. Baker & Co., Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William H. Brodt, Respondent, v. Fannie Forsyth, Appellant. — Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Edward W. Brown and James W. Shaw, Respondents, v. Retsof Mining Company, Appellant. — Judgment modified by striking out the provision for an extra allowance for want of power in the trial court to grant the same, and as so modified affirmed, without costs, on the authority of *Brown* v. *Retsof Mining Co., Nos. 1 & 2* (109 App. Div. 150). Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

William M. Brown and Another, Respondents, v. Lucie W. Gilmour, Appellant. — Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Julius Busch, Respondent, v. Henrietta Reinheimer, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Ike Buss, Respondent, v. Max Rosenberg, Appellant. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

George H. Chase, Suing as a Poor Person, Respondent, v. H. A. Baker & Co., Appellant. — Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Maria Clancy, Respondent, v. Yonkers Railroad Company, Appellant. — Judgment of the City Court of Yonkers modified by deducting the amount of the extra allowance, and as so modified judgment and order unanimously affirmed, without costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

James W. Connell, Respondent, v. Nicholas J. Hayes, Commissioner of the Fire Department of the City of New York, as Trustee of the New York Fire Department Relief Fund, Appellant. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Hooker, JJ., concurred.

Ira G. Darrin, Appellant, v. Federal Union Surety Company, Respondent. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Anna Desmond, as Administratrix, etc., of Frederick Peplo, Deceased, Respondent, v. New York and Queens Electric Light and Power Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Josephine Devine, Appellant, v. Lemuel M. Hart, Individually and as Administrator, etc., of Thomas T. Hart, Deceased, Respondent. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Robert B. Ferguson, Respondent, v. W. & J. Sloane, Appellant. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.